ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

LEARNING ANNEX HOLDINGS, LLC
and LEARNING ANNEX, LLC,

                Plaintiffs,

vs.

WHITNEY EDUCATION GROUP, INC., WHITNEY
INFORMATION NETWORK, INC., WEALTH
INTELLIGENCE ACADEMY, INC., WEALTH
INTELLIGENCE AGENCY, RICH DAD
EDUCATION, LLC, RICH GLOBAL, LLC, THE RICH
DAD COMPANY and CASHFLOW TECHNOLOGIES,
INC.,

And John Does # 1-10 and XYZ Corp. # 1-10, the said
defendants consisting of individuals and/or entities
whose identities are currently unknown and who are
believed to have committed and/or derived benefits from
acts injurious to the Plaintiffs,

                Defendants.

------------------------------------------------------------ X

09 Civ. 4432 (SAS)(GWG)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/09

    IT IS HEREBY STIPULATED AND AGREED, by and between the counsel for the undersigned parties that:

    Each of defendants Whitney Education Group, Inc., Whitney Information Network, Inc., Wealth Intelligence Academy, Inc., and Rich Dad Education, LLC ("Undersigned Defendants") acknowledges receipt of the Summons and Amended Complaint in this action and each of them admits to the sufficiency of service of process. Each of the Undersigned Defendants agrees not to challenge, by motion or any other means, service of process on grounds of sufficiency. Based upon of the foregoing, the plaintiffs have agreed and hereby stipulate to extend the time for the Undersigned

#65960

1

Defendants to answer or move with respect to the Amended Complaint to and including June 12, 2009.

ROSEN GREENBERG BLAHA LLP

By: _____
      Eric Peter Blaha
Attorneys for Plaintiffs
40 Wall Street, 32nd Floor
New York, New York 10005
212-530-4838
F 212-530-4815
eblaha@rgbllp.com


COHEN LANS LLP

By: _____
      Deborah E. Lans
Attorneys for Defendants
Whitney Education Group, Inc., Whitney Information Network, Inc., Wealth Intelligence Academy, Inc., and Rich Dad Education, LLC
885 Third Avenue, 32nd Floor
New York, New York 10022
212-980-4500
F 212-980-3448
dlans@cohenlans.com


SO ORDERED:

_____
U.S.D.J.

5/19/09

#65960

2