UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEARNING ANNEX HOLDINGS, LLC, and LEARNING ANNEX, LLC,<br><br>PlaintiffS,<br><br>v.<br><br>RICH GLOBAL, LLC, and CASHFLOW TECHNOLOGIES, INC.,<br><br>DefendantS. | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION<br><br>09 Civ. 4432 (SAS) (GWG)<br>ECF Case |

PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record on behalf of defendants Rich Global, LLC, and CASHFLOW Technologies, Inc., in the above-captioned action. I certify that I am admitted to practice in this court.

Dated: August 9, 2011
      New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Daniel J. Leffell
    Daniel J. Leffell

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
dleffell@paulweiss.com
*Attorneys for Defendants Rich Global, LLC, and CASHFLOW Technologies, Inc.*