USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LEARNING ANNEX HOLDINGS, LLC,
LEARNING ANNEX, LLC, and
LEARNING ANNEX, L.P.,

        Plaintiffs,

-against-

RICH GLOBAL, LLC, and
CASHFLOW TECHNOLOGIES, INC.,
        Defendants.
----------------------------------------------------------X

09 CIVIL 4432 (SAS)

Amended **JUDGMENT**

#11, 1635

  Whereas a jury having reached a verdict on July 13, 2011 against Rich Global, LLC and Cash Flow Technologies, Inc., in the amount of $14,688,194.00 on Plaintiffs' quantum meruit claim; the Court having dismissed plaintiffs' unjust enrichment claim; Plaintiffs' having moved for entry of judgment pursuant to Fed. R. Civ. P. 58 and for pre-judgment interest of 9%, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on August 19, 2011 and September 12, 2011, having rendered its Memo Endorsed Orders granting Plaintiffs' request, and directing the Clerk of the Court to enter final judgment on Plaintiffs' quantum meruit and unjust enrichment claims, and to include prejudgment interest at 9% of $5,932,420.71 on the quantum meruit claim, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Orders dated August 19, 2011 and September 12, 2011, Plaintiffs' request is granted; accordingly, final judgment is entered on Plaintiffs' quantum meruit claim in the amount of $14,688,194.00 with prejudgment interest at 9% of $5,932,420.71 for a total of $20,620,614.71, and the unjust enrichment claim is dismissed; the Court revises the briefing schedule previously discussed with the Court and set out in Mr. Clayton's August 26, 2011 letter to the Court as set forth

in the Memo Endorsed Order dated September 12, 2011.

**Dated:** New York, New York
September 13, 2011

**RUBY J. KRAJICK**

**BY:** _____
**Clerk of Court**

_____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____