**UNITED STATES DISTRICT COURT**
**SOUTHERN  DISTRICT OF NEW YORK**
------------------------------------------------------ X
                         :

**LEARNING ANNEX HOLDINGS, LLC,** :
**LEARNING ANNEX, LLC, and**
**LEARNING ANNEX, L.P.,**             :

                         :

                **Plaintiffs,** :

                         :            **ORDER**

          **- against -**          :    **09 Civ. 4432 (SAS)**

                         :

**RICH GLOBAL, LLC, and** :
**CASHFLOW TECHNOLOGIES, INC.,** :

                         :

           **Defendants.** :
------------------------------------------------------ X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       After reviewing the two letters submitted by defendants on February

9, 2012 and February 10, 2012 and the letter submitted by plaintiffs on February

10, 2012, I exercise the "broad discretion" I have with respect to the "control and

management of [a] new trial"[1] to deny defendants' request to designate new expert

witnesses.  I have granted both parties an equal opportunity to supplement the

reports of previously identified expert witnesses and both parties may conduct

additional depositions of those experts.  Defendants have not presented any reason

for introducing a new expert witness that outweighs the expense and inconvenience

_____

       [1]      11 Wright, Miller & Cooper, Federal Practice & Procedure § 2803.

1

plaintiffs would incur as a result.[2]  Accordingly, defendants' request is denied.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            February 14, 2012

_____

[2]       It appears that the sole reason defendants request a new expert witness
is because defendants have retained new counsel.

2

-Appearances-

**For Plaintiffs:**

Jonathan Harris, Esq.
Julie Withers, Esq.
Charlotte Houghteling, Esq.
Harris Cutler & Houghteling LLP
111 Broadway, Suite 402
New York, New York 10006
(212) 397-3370

Edwin G. Schallert, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, New York 10022
(212) 909-6000

David Deitch, Esq.
Ifrah PLLC
1627 Eye Street NW, Suite 1100
Washington, D.C. 20006
(202) 524-4147

**For Defendants:**

John D. Rapoport, Esq.
John D. Rapoport, PC
c/o Marulli, Lindenbaum, LLP
5 Hanover Square, 4th Floor
New York, New York 10022
(914) 588-3415

Lewis Richard Clayton, Esq.
Daniel J. Leffell, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3215