UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC, and LEARNING ANNEX, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> RICH GLOBAL, LLC and CASHFLOW TECHNOLOGIES, INC., <br><br> Defendants. | 09 Civ. 4432 (SAS) (GWG) <br><br> **ECF Case** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant Rich Global, LLC  in the above-captioned matter.

Dated: New York, New York
February 21, 2012

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   /s/ John H. Longwell
John H. Longwell

2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
jlongwell@paulweiss.com

*Attorneys for Rich Global, LLC*