UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LEARNING ANNEX HOLDINGS, LLC,
LEARNING ANNEX, LLC, and
and LEARNING ANNEX, L.P.,

                Plaintiffs,

                                                                            09-CV-4432
                                                                            (SAS/GWG)

     - against -

RICH GLOBAL, LLC and
CASHFLOW TECHNOLOGIES, INC.,

                Defendants.

-------------------------------------------------------------------x

## PLAINTIFFS' NOTICE OF MOTION *IN LIMINE*

      Please take notice that upon Plaintiffs' Memorandum of Law in Support of Its Motion *In Limine*, and upon all other pleadings and papers on file in this action, Plaintiffs will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by this Court, for an order *in limine*, to exclude certain evidence pursuant to Rules 402, 403, 703 and 801 of the Federal Rules of Evidence, and granting Plaintiffs such other and further relief as may be just and proper.

Dated:   New York, New York
         March 23, 2012

                                              Respectfully submitted:

                                              ___/s/ Michael Schaper_____
                                              Edwin G. Schallert
                                              Michael Schaper
                                              Megan K. Bannigan
                                              Debevoise & Plimpton LLP
                                              919 Third Avenue
                                              New York, New York 10022
                                              mschaper@debevoise.com

                                              Jonathan Harris
                                              Julie Withers
                                              Harris & Houghteling LLP
                                              111 Broadway, Suite 402
                                              New York, New York 10006
                                              Tel. (212) 397-3370
                                              Fax (212) 202-6206
                                              Jon@harrislawny.com

                                              David Deitch
                                              Ifrah PLLC
                                              1717 Pennsylvania Ave, NW, Suite 650
                                              Washington DC 20006

                                              *Attorneys for Plaintiffs*