UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LEARNING ANNEX HOLDINGS, LLC,
LEARNING ANNEX, LLC, and
and LEARNING ANNEX, L.P.,

                Plaintiffs,

                                                  09-CV-4432
                                                  (SAS/GWG)

      - against -

RICH GLOBAL, LLC and
CASHFLOW TECHNOLOGIES, INC.,

                Defendants.
-------------------------------------------------------------------x

## **DECLARATION OF MEGAN K. BANNIGAN**

I, Megan K. Bannigan, hereby declare as follows:

1.      I am an attorney at the law firm of Debevoise & Plimpton LLP and counsel for Plaintiffs Learning Annex, L.P., Learning Annex Holdings, LLC and Learning Annex, LLC in connection with the above-referenced matter.

2.      A true and correct copy of excerpts from the March 12, 2012 deposition transcript of Thomas Pastore are attached hereto as Exhibit A.

3.      A true and correct copy of the Corrected Expert Report of Thomas Pastore is attached hereto as Exhibit B.

4.      A true and correct copy of the Summary Curriculum Vitae of Weston Anson, found at the Consor Intellectual Asset Management website

23629255v1

(http://www.consor.com/intellectual-property-firm/weston-anson.html ), is attached hereto as Exhibit C.

5.  A true and correct copy of the July 2011 Trial Exhibit 41A, the September 7, 2005 Memorandum of Understanding entered into by the parties, is attached hereto as Exhibit D..

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed at New York, New York this 23rd day of March, 2012.

       /s/ Megan K. Bannigan

Megan K. Bannigan