# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/28/12]*

March 27, 2012

*Handwritten note from Judge:* Request granted. The attachment to this letter is incorporated into Exhibit A of the Joint Pre-Trial Order [Dkt. No. 159]. So ordered.

*/s/ Shira A. Scheindlin*
U.S.D.J.
3/28/12

BY HAND DELIVERY & FACSIMILE

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Learning Annex Holdings, LLC et al. v. Rich Dad Education, LLC et al.,
Civil Action No. 09-4432 (SAS/GWG)

Dear Judge Scheindlin:

Along with Harris & Houghteling LLP, we represent Plaintiffs in the above-referenced matter.

We write to correct an inadvertent omission of Plaintiffs' deposition designations from Exhibit A to the Joint Pre-Trial Order submitted by the parties on March 23, 2012 and signed by Your Honor yesterday (Dkt. No. 159). The deposition designations were previously provided to Defendants on March 20, 2012. As required by Federal Rule of Civil Procedure 26(a)(3)(B), the parties exchanged deposition designations on March 20, 2012 (*i.e.*, at least 30 days in advance of trial) and agreed to file objections to deposition designations on April 6, 2012 (or 14 days after the filing of the Joint Pre-Trial Order). Enclosed is a supplement to Exhibit A, which includes additional rows 45 and 46. We respectfully request that the attached be added to the Exhibit A attached the Joint Pre-Trial Order.

Respectfully submitted,

*/s/ Terrianne M. Patnode*
Terrianne M. Patnode

Hon. Shira A. Scheindlin						2								March 27, 2012

Enclosure

cc:	Jonathan Andrew Harris, Esq.
	  jharris@hcchlaw.com
	John D. Rapoport, Esq.
	  jdr1210@aol.com
	Daniel J. Leffell, Esq.
	  dleffell@paulweiss.com
	Lewis Richard Clayton, Esq.
	  lclayton@paulweiss.com
	John H. Longwell
	  jlongwell@paulweiss.com

	VIA EMAIL for most expedited delivery

## SUPPLEMENT TO PLAINTIFFS' EXHIBIT LIST

## EXHIBIT A TO PRE-TRIAL ORDER

| Ex. No. | Trial Ex. No. | Date | Description | Bates No. | Objections |
|---|---|---|---|---|---|
| 45 | | 11/19/09 | Deposition testimony of Sharon Lechter: 6:09-6:10; 7:20-8:03; 9:06-10:04; 12:08 – 13:09; 18:24 – 19:22; 23:25 – 24:20; 32:06-32:23; 32:06-32:23; 34:19-35:13; 37:01-39:07; 44:22-45:07; 47:17 - 48:23; 52:11-52:17; 53:16-55:09; 57:1-59:01; 63:04-63:11; 65:19-67:14; 67:24-70:12; 70:16-71:01; 76:06-76:25; 77:01-80:01; 83:15-85:14; 87:14-88:02; 93:01-93:07; 101:20-102:20; 111:20-114:20; 116:19-117:18[1] | | |
| 46 | | 7/22/10 | Deposition Designations of John Kane: 6:23-8:22; 14:01-15:12; 25:05-28:01; 29:22-30:05; 32:13 – 34:16; 34:20 – 35:19; 45:09-46:13; 46:23- 51:15; 52:06-53:20; 54:01-57:02; 61:13-61:22; 65:13-66:05; 67:08-67:13; 68:15-69:06; 75:03-76:04; 78:24-79:07; 88:08-88:18; 93:02-93:19; 94:10-95:01; 104:21-105:21[2] | | |

---

[1] The parties previously agreed to exchange objections to deposition designations on April 6, 2012 as per Federal Rule of Civil Procedure 26(a)(3)(B).

[2] The parties previously agreed to exchange objections to deposition designations on April 6, 2012 as per Federal Rule of Civil Procedure 26(a)(3)(B).

23631375v1