UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LEARNING ANNEX HOLDINGS, LLC,
LEARNING ANNEX, LLC, and
and LEARNING ANNEX, L.P.,

                Plaintiffs,

                                        09-CV-4432 (SAS/GWG)

    - against -

RICH GLOBAL, LLC and
CASHFLOW TECHNOLOGIES, INC.,

                Defendants.
------------------------------------------------------------------x

**PLAINTIFFS' OBJECTIONS TO RICH DAD'S**
**DEPOSITION DESIGNATIONS & COUNTER-DESIGNATIONS**

                                        Jonathan Harris
                                        Julie Withers
                                        Alexander Sakin
                                        Harris & Houghteling LLP
                                        111 Broadway, Suite 402
                                        New York, New York 10006
                                        Tel. (212) 397-3370
                                        Fax (212) 202-6206
                                        Jon@harrislawny.com

                                        Edwin G. Schallert
                                        Michael Schaper
                                        Megan K. Bannigan
                                        Debevoise & Plimpton LLP
                                        919 Third Avenue
                                        New York, New York 10022

                                        David Deitch
                                        Ifrah PLLC
                                        1717 Pennsylvania Ave, NW, Ste 650
                                        Washington DC 20006
                                        *Attorneys for Plaintiffs*

| Rich Dad's Designations[1] | Plaintiffs' Objections[2] | Plaintiffs' Counter-Designations[3] |
|---|---|---|
| **Sharon Lechter (11/19/09)** | | |
| 52:11-53:21 | Relevance; misleading; prejudicial | |
| 55:23-60:9 | Relevance; confusing; misleading; prejudicial | |
| 103:13-106:5 | Relevance; form; hearsay | |
| 121:13-25 | Not admitted at first trial; misleading; confusing; prejudicial | 121:5-121:12 |
| **Morris Orens (7/26/10)** | | |

---

[1]  Defendant reserves the right to supplement its designations in the event that the Court allows into evidence facts that Defendant is seeking to exclude in its motions *in limine*.

[2]  Plaintiffs object to each designation that was not admitted at the first trial as part of Plaintiffs' Motion *in Limine* seeking to exclude, *inter alia*, new fact witnesses and exhibits at re-trial.  *See* dkt. entry no. 155.

[3]  To the extent they fall outside of previously designated testimony, these counter-designations are listed only in the event that the Court allows Defendants' new designations.

| | | |
|---|---|---|
| 43:8-44:25 | Not admitted at first trial; prejudicial; misleading; form | 40:17-43:7 |
| 67:13-68:25 | Not admitted at first trial | 69:2-70:22 |
| 93:13-96:2 | Not admitted at first trial; form; misleading; prejudicial | 92:13-93:12; 96:3-96:19 |
| 97:19-107:5 | Not admitted at first trial; relevance; form; prejudicial; hearsay | |
| 108:21-109:19 | Not admitted at first trial; relevance; misleading; prejudicial; form | |
| 111:13-115:19 | Not admitted at first trial; relevance | 115:21-116:10 |
| 117:20-120:11 | Not admitted at first trial | |
| 121:3-24 | Not admitted at first trial; hearsay; misleading; prejudicial | 122:14-19 |
| 125:2-128:20 | Not admitted at first trial; relevance; form; misleading; prejudicial | |
| 153:10-154:8 | Not admitted at first trial; relevance; misleading | |