UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                             :

LEARNING ANNEX HOLDINGS, LLC, :
LEARNING ANNEX, LLC, and                 :
LEARNING ANNEX, L.P.,                    :
                                             :
                         Plaintiffs,       :
                                             :               **ORDER**
                  - against -                      :      09 Civ. 4432 (SAS)
                                             :

RICH GLOBAL, LLC, and                    :
CASHFLOW TECHNOLOGIES, INC.,    :
                                            :
                         Defendants.    :
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        At a conference held on April 10, 2012, I orally granted in part and denied in part plaintiffs' and defendants' motions in limine. (*See* Transcript of 4/10/12 Conference). The Clerk of the Court is directed to close these motions [Docket Nos. 150 and 155].

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/12

1

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          April 11, 2012

**-Appearances-**

**For Plaintiffs:**

Jonathan Harris, Esq.
Julie Withers, Esq.
Charlotte Houghteling, Esq.
Harris Cutler & Houghteling LLP
111 Broadway, Suite 402
New York, New York 10006
(212) 397-3370

Edwin G. Schallert, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, New York 10022
(212) 909-6000

David Deitch, Esq.
Ifrah PLLC
1627 Eye Street NW, Suite 1100
Washington, D.C. 20006
(202) 524-4147

**For Defendants:**

John D. Rapoport, Esq.
John D. Rapoport, PC
c/o Marulli, Lindenbaum, LLP
5 Hanover Square, 4th Floor
New York, New York 10022
(914) 588-3415

Lewis Richard Clayton, Esq.
Daniel J. Leffell, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3215