UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC, and LEARNING ANNEX, L.P., Plaintiffs, v. RICH GLOBAL, LLC and CASHFLOW TECHNOLOGIES, INC., Defendants. | 09 Civ. 4432 (SAS) (GWG) |
|---|---|

**Plaintiffs' Exhibit List with Defendant's Objections**

| Ex. No. | Trial Ex. No. | Date | Description | Bates No. | Objections |
|---|---|---|---|---|---|
| 1 | 28 | 7/9/05 | Correspondence between Pino, Zanker and Rosin re Dynatech business plan and Learning Annex compensation | LA 00712 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |
| 2 | 32 | 7/22/05 | Email from Kane to Del Canto with pro formas for RDPD | LA 0004 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 41A | 9/7/05 | MOU1 | LA 00007 | Parties are negotiating redactions. Defendant reserves the right to object to the extent Plaintiffs will not agree to redact in accordance with the Court's *in limine* rulings. |
| 4 | 47 | 9/15/05 | Authorization letter from Lechter to Zanker | LA 0009 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 5 | 55 | 9/26/05 | Correspondence between R. Whitney and Zanker re Kiyosaki proposal | WHITNEY 00681 | Hearsay (Fed. R. Evid. 801 and 802). |
| 6 | 56 | 9/26/05 | Email/letter from Hyams to C. Lopez re trademark protection | LA 19068-70 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 7 | 58 | 9/26/05 | Email from R. Whitney to Zanker and Orens re proposal | LA 00010 | Hearsay (Fed. R. Evid. 801 and 802). |

| | | | | | |
|---|---|---|---|---|---|
| 8 | 60 | 10/3/05 | Correspondence between Zanker and Wolff re Rich Dad business ventures | RD ESI 39186 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of *in limine* ruling re: promotional activities. |
| 9 | 69 | 10/25/05 | Email from Zanker to R. Whitney re proposal | LA 18971 | Hearsay (Fed. R. Evid. 801 and 802). |
| 10 | 70 | 10/26/05 | Correspondence between Kane, Zanker and Del Canto re RDPD PowerPoint | LA 00021 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 11 | 90 | 12/5/05 | Correspondence between Kane, Zanker, Del Canto, Orens and Whitney re NYC meeting | LA 0047 | Hearsay (Fed. R. Evid. 801, 802). |
| 12 | 102 | 1/6/06 | Correspondence between Kristin Thomas and Zanker re 1/11/06 meeting | WHITNEY 5727 | Hearsay (Fed. R. Evid. 801, 802). |

| 13 | 113 | 1/13/06 | Correspondence from Kane to participants recapping meeting on 1/11/2006 (MOU2) | LA 0063 | Hearsay (Fed. R. Evid. 801, 802). Inadmissible in light of in limine ruling re: splitting/sharing revenues. Need to redact paragraph beginning "Rich Dad will recognize through contract . . ." |
| --- | --- | --- | --- | --- | --- |
| 14 | 118 | 1/20/06 | Correspondence from A. Mannion to participants with agenda for meeting and RDE projections | WHITNEY 5712-15 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 15 | 122 A | 1/27/06 | Correspondence between Kane and Lechter re results of meeting | | Hearsay (Fed. R. Evid. 801, 802). Inadmissible in light of in limine ruling re: splitting/sharing revenues. Need to redact points 1, 2, and 3 on list of "what we decided to do" |

| 16 | 126A | 2/1/06 | Correspondence between McElroy and Kane re letter of intent | WHITNEY 0004883, 0004878 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of in limine ruling re: splitting/sharing revenues. |
| --- | --- | --- | --- | --- | --- |
| 17 | 128 | 2/3/06 | Correspondence between Kane and McElroy re Learning Annex | WHITNEY 33497 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of in limine ruling re: reasons for termination. Need to redact text of top email and: "We love your organization but are having concerns with the Learning Annex." |

| 18 | 132 | 2/2/06 | Correspondence between Lechter, Kiyosaki, Porter and Zanker re termination | LA 00071 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of *in limine* ruling re: reasons for termination. |
| --- | --- | --- | --- | --- | --- |
| 19 | 141 | 2/13/06 | Correspondence between Whitney and Lechter re business relationship | RD ESI 39398 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of *in limine* ruling re: reasons for termination. Need to redact: "I will be giving you a call tomorrow to update you on our progress with Bill Zanker." |

| | | | | | |
|---|---|---|---|---|---|
| 20 | 142 | 2/13/06 | Correspondence between Kane and Maturo re business relationship with Rich Dad | WHITNEY 9310 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of *in limine* ruling re: reasons for termination. Need to redact: "I will be giving you a call tomorrow to update you on our progress with Bill Zanker." |
| 21 | 143 | 2/14/06 | Correspondence between Zanker, Lechter and Kiyosaki re Whitney waiver | LA 19177 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of *in limine* ruling re: reasons for termination. |
| 22 | 151 | 3/29/06 | Correspondence between Kane and Lechter re collaboration | WHITNEY 0005247 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |

| | | | | | |
|---|---|---|---|---|---|
| 23 | 169 | 7/27/06 | Correspondence between A. Novas and Kane re press release for Rich Dad deal | WHITNEY 5061 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of *in limine* ruling re: evidence of fraud. Need to redact: "I do recommend however that we do not release it until after we travel to NYC next week to meet with the folks from Learning Annex." |
| 24 | 181 | 9/29/06 | Correspondence between Del Canto and Zanker | LA 19203 | Hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of *in limine* ruling re: evidence of fraud. Need to redact top email. |
| 25 | 199 | | Summary of Rich Dad Global Royalties and Management Fees (November 2006-August 2007) | RD-ESI 0028181-82 | Hearsay (Fed. R. Evid. 801 and 802). |
| 26 | 205 | 3/31/09 | Tigrent Form 10-K YE 12/31/08 | | Hearsay (Fed. R. Evid. 801 and 802). |
| 27 | 212 | April 2012 | Payments made by Rich Dad Education to Rich Global | RICH-DAD-RFP 008780 | Hearsay (Fed. R. Evid. 801 and 802). |

| | | | | | |
|---|---|---|---|---|---|
| 28 | 222 | 3/3/11 | Tigrent Form 10-K YE 12/31/10 | | Hearsay (Fed. R. Evid. 801 and 802). |
| 29 | 223 | | Correspondence between Lechter and Kane re Learning Annex waiver | | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of *in limine* ruling re: evidence of fraud. |
| 30 | 231 | March 2006 | Executed LOI between Rich Dad and Whitney | WHITNEY 0008283 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 31 | 255 | | Soudry Resume | | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 32 | 259 | 5/29/07 | Tigrent 10-K YE 12/31/2007 | | Hearsay (Fed. R. Evid. 801 and 802). |

| # | | | | | |
|---|---|---|---|---|---|
| 33 | 300 | | Soudry Summary Exhibit[1] | | Hearsay (Fed. R. Evid. 801 and 802). Objection to any reference to gross revenues of entire free seminar business. |
| 34 | 301 | | Soudry Summary Exhibit | | Hearsay (Fed. R. Evid. 801 and 802). Objection to any reference to gross revenues of entire free seminar business. |
| 35 | | | Licensing Business Handbook | | Hearsay (Fed. R. Evid. 801 and 802). |
| 36 | | | *Rich Brother Rich Sister* | | Irrelevant (Fed. R. Evid. 401 and 402), unfairly prejudicial (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of *in limine* ruling re: evidence not on prior exhibit list. |
| 37 | | | February 6, 2012 Licensing Letter Issue | | |
| 38 | | 4/11/11 | Exhibit Removed | | |

---

[1] Plaintiffs reserve the right to update the Soudry Summary information, Exhibits 33 and 34, and add related exhibits once updated financial information regarding the amount of compensation Rich Dad received from the free seminar business in 2011 and 2012 is provided by Defendants or Whitney.

| | | | | | |
|---|---|---|---|---|---|
| 39 | | 3/5/12 | Exhibit Removed | | |
| 40 | | | Seth Matlins Resume | | Unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 41 | | 4/11/11 | Exhibit Removed | | |
| 42 | | 4/25/11 | Expert Report of Thomas Pastore | | |
| 43 | | 3/5/12 | Supplemental Expert Report of Thomas Pastore and all Exhibits and Appendices | | |
| 44 | 108 | 3/24/10 | Rich Dad Education formation documents | | Irrelevant (Fed. R. Evid. 401, 402). |
| 45 | | 11/19/09 | Deposition testimony of Sharon Lechter: 6:09-6:10; 7:20-8:03; 9:06-10:04; 12:08 – 13:09; 18:24 – 19:22; 23:25 – 24:20; 32:06-32:23; 32:06-32:23; 34:19-35:13; 37:01-39:07; 44:22-45:07; 47:17 - 48:23; 49:15-50:04; 52:11-52:17; 53:16-55:09; 57:1-59:01; 63:04-63:11; 65:19-67:14; 67:24-70:12; 70:16-71:01; 76:06-76:25; 77:01-80:01; 83:15-85:14; 87:14-88:02; 93:01-93:07; 101:20-102:20; 111:20-24; 113:22-114:9; 116:19-117:18 | | Inadmissible in light of *in limine* rulings. *See* Defendant's Objections to Plaintiffs' Deposition Designations. |

| 46 | | | Exhibit Removed | | |
|---|---|---|---|---|---|
| 47 | 29 | 7/12/05 | Email between Roshin (Dynatech) and Del Canto re Rich Dad proposal | LA 656 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |
| 48 | 78 | 11/7/05 | Correspondence from Huhem (MIT) to Zanker re Rich Dad brand strategy | LA 20600 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |
| 49 | 82 | 11/16/05 | Correspondence between Lechter, Seifert, Hyams re trademark issues | LA 18222 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |
| 50 | 83 | 11/16/05 | Correspondence between Lechter, Hyams and Seifert re trademark issues | LA 18226 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |
| 51 | 103 | 1/6/06 | Correspondence between Kane, Zanker, Whitney re 1/11/06 meeting | WHITNEY 5727 | Hearsay (Fed. R. Evid. 801, 802). |

| 52 | 187 | 11/8/05 | Correspondence between Munson (MIT) and Zanker re Rich Dad Opportunity | LA 00711 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |
| 53 | | | The Licensing Business Handbook Brochure [Pastore Mar. 2012 Deposition Exhibit 13] | | Irrelevant (Fed. R. Evid. 401, 402), hearsay (Fed. R. Evid. 801, 802). |
| 54 | | | Nevin Sanli and Tom Pastore, Remaining Public - The Best Option in Troubled Markets [Pastore Mar. 2012 Deposition Exhibit 14] | | Irrelevant (Fed. R. Evid. 401, 402), hearsay (Fed. R. Evid. 801, 802). |