UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LEARNING ANNEX HOLDINGS, LLC,
LEARNING ANNEX, LLC, and
LEARNING ANNEX, L.P.,

           Plaintiffs,

  - against -                                     09-CV-4432 (SAS/GWG)

RICH GLOBAL, LLC and
CASHFLOW TECHNOLOGIES, INC.,

           Defendants.
------------------------------------------------------------------x

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATION

Learning Annex v. Rich Dad, 09-cv-4432

Plaintiffs' Objections to Rich Dad Deposition Designations[1] and Counter-Designation

| Defendant's Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation[2] |
|---|---|---|
| Sharon Lechter (11/19/09) | | |
| 103:13-106:5 | Relevance; form; hearsay | |
| 121:13-25 | Not admitted at first trial; misleading; confusing; prejudicial | 121:5-121:12 |

---

[1] Defendant reserves the right to supplement its designations in the event that the Court allows into evidence facts that Defendant apparently intends to exclude in its future motion *in limine*.

[2] Plaintiffs reassert their objection to any designation that was not admitted at the first trial. This counter-designation is listed only in the event that the Court allows Defendants' designation.