UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC, and LEARNING ANNEX, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> RICH GLOBAL, LLC and CASHFLOW TECHNOLOGIES, INC., <br><br> Defendants. | 09 Civ. 4432 (SAS) (GWG) |

**Plaintiffs' Exhibit List with Defendant's Objections**

| Ex. No. | Trial Ex. No. | Date | Description | Bates No. | Objections |
|---|---|---|---|---|---|
| 1 | 28 | 7/9/05 | Correspondence between Pino, Zanker and Rosin re Dynatech business plan and Learning Annex compensation | LA 00712 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 32 | 7/22/05 | Email from Kane to Del Canto with pro formas for RDPD | LA 0004 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 3 | 41A | 9/7/05 | MOU1 | LA 00007 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading (Fed. R. Evid. 403). Needs to be redacted pursuant to April 17, 2012 ruling. |
| 4 | 47 | 9/15/05 | Authorization letter from Lechter to Zanker | LA 0009 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 5 | 55 | 9/26/05 | Correspondence between R. Whitney and Zanker re Kiyosaki proposal | WHITNEY 00681 | Hearsay (Fed. R. Evid. 801 and 802). |

| | | | | | |
|---|---|---|---|---|---|
| 6 | 56 | 9/26/05 | Email/letter from Hyams to C. Lopez re trademark protection | LA 19068-70 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 7 | 58 | 9/26/05 | Email from R. Whitney to Zanker and Orens re proposal | LA 00010 | Hearsay (Fed. R. Evid. 801 and 802). |
| 8 | 60 | 10/3/05 | Correspondence between Zanker and Wolff re Rich Dad business ventures | RD ESI 39186 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of *in limine* ruling re: promotional activities. |
| 9 | 69 | 10/25/05 | Email from Zanker to R. Whitney re proposal | LA 18971 | Hearsay (Fed. R. Evid. 801 and 802). |
| 10 | 70 | 10/26/05 | Correspondence between Kane, Zanker and Del Canto re RDPD PowerPoint | LA 00021 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |

| 11 | 90 | 12/5/05 | Correspondence between Kane, Zanker, Del Canto, Orens and Whitney re NYC meeting | LA 0047 | Hearsay (Fed. R. Evid. 801, 802). |
|---|---|---|---|---|---|
| 12 | 102 | 1/6/06 | Correspondence between Kristin Thomas and Zanker re 1/11/06 meeting | WHITNEY 5727 | Hearsay (Fed. R. Evid. 801, 802). |
| 13 | 113 | 1/13/06 | Correspondence from Kane to participants recapping meeting on 1/11/2006 (MOU2) | LA 0063 | Hearsay (Fed. R. Evid. 801, 802), irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading (Fed. R. Evid. 403). |
| 14 | 118 | 1/20/06 | Correspondence from A. Mannion to participants with agenda for meeting and RDE projections | WHITNEY 5712-15 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 15 | 122A | 1/27/06 | Correspondence between Kane and Lechter re results of meeting | | Hearsay (Fed. R. Evid. 801, 802). |

4

| | | | | | |
|---|---|---|---|---|---|
| 16 | 126A | 2/1/06 | Correspondence between McElroy and Kane re letter of intent | WHITNEY 0004883, 0004878 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Needs to be redacted pursuant to April 17, 2012 ruling. |
| 17 | | | EXHIBIT REMOVED | | |
| 18 | | | EXHIBIT REMOVED | | |
| 19 | | | EXHIBIT REMOVED | | |
| 20 | | | EXHIBIT REMOVED | | |
| 21 | | | EXHIBIT REMOVED | | |
| 22 | 151 | 3/29/06 | Correspondence between Kane and Lechter re collaboration | WHITNEY 0005247 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 23 | | | EXHIBIT REMOVED | | |

| 24 | 181 | 9/29/06 | Correspondence between Del Canto and Zanker | LA 19203 | |
|---|---|---|---|---|---|
| 25 | 199 | | Summary of Rich Dad Global Royalties and Management Fees (November 2006-August 2007) | RD-ESI 0028181-82 | Hearsay (Fed. R. Evid. 801 and 802). |
| 26 | 205 | 3/31/09 | Tigrent Form 10-K YE 12/31/08 | | Hearsay (Fed. R. Evid. 801 and 802). |
| 27 | 212 | April 2012 | Payments made by Rich Dad Education to Rich Global | RICH-DAD-RFP 008780 | Hearsay (Fed. R. Evid. 801 and 802). |
| 28 | 222 | 3/3/11 | Tigrent Form 10-K YE 12/31/10 | | Hearsay (Fed. R. Evid. 801 and 802). |
| 29 | | | EXHIBIT REMOVED | | |
| 30 | 231 | March 2006 | Executed LOI between Rich Dad and Whitney | WHITNEY 0008283 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |

| 31 | 255 |  | Soudry Resume |  | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
|---|---|---|---|---|---|
| 32 | 259 | 5/29/07 | Tigrent 10-K YE 12/31/2007 |  | Hearsay (Fed. R. Evid. 801 and 802). |
| 33 | 300 |  | Soudry Summary Exhibit[1] |  | Hearsay (Fed. R. Evid. 801 and 802). Objection to gross revenues of entire free seminar business in accordance with Court's ruling. |
| 34 | 301 |  | Soudry Summary Exhibit |  | Hearsay (Fed. R. Evid. 801 and 802). Objection to gross revenues of entire free seminar business in accordance with Court's ruling. |
| 35 |  |  | Licensing Business Handbook |  | Hearsay (Fed. R. Evid. 801 and 802). |

---

[1] Plaintiffs reserve the right to update the Soudry Summary information, Exhibits 33 and 34, and add related exhibits once updated financial information regarding the amount of compensation Rich Dad received from the free seminar business in 2011 and 2012 is provided by Defendants or Whitney.

| # | | | | | |
|---|---|---|---|---|---|
| 36 | | | *Rich Brother Rich Sister* | | Irrelevant (Fed. R. Evid. 401 and 402), unfairly prejudicial (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). Inadmissible in light of *in limine* ruling re: evidence not on prior exhibit list. |
| 37 | | | February 6, 2012 Licensing Letter Issue | | |
| 38 | | 4/11/11 | Exhibit Removed | | |
| 39 | | 3/5/12 | Exhibit Removed | | |
| 40 | | | Seth Matlins Resume | | Unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801 and 802). |
| 41 | | 4/11/11 | Exhibit Removed | | |
| 42 | | 4/25/11 | Expert Report of Thomas Pastore | | |
| 43 | | 3/5/12 | Supplemental Expert Report of Thomas Pastore and all Exhibits and Appendices | | |

| | | | | | |
|---|---|---|---|---|---|
| 44 | 108 | 3/24/10 | Rich Dad Education formation documents | | Irrelevant (Fed. R. Evid. 401, 402). |
| 45 | | 11/19/09 | Deposition testimony of Sharon Lechter: 6:09-6:10; 7:20-8:03; 9:06-10:04; 12:08 – 13:09; 18:24 – 19:22; 32:06-32:23; 34:19-35:13; 37:01-39:07; 44:22-45:07; 47:17 - 48:23; 49:15-50:04; 52:11-52:17; 53:16-55:09; 57:1-59:01; 63:04-63:11; 87:14-88:02; 93:01-93:07; 101:20-102:20 | | *See* Defendant's Objections to Plaintiffs' Deposition Designations. |
| 46 | | | Exhibit Removed | | |
| 47 | 29 | 7/12/05 | Email between Roshin (Dynatech) and Del Canto re Rich Dad proposal | LA 656 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |
| 48 | 78 | 11/7/05 | Correspondence from Huhem (MIT) to Zanker re Rich Dad brand strategy | LA 20600 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |

| | | | | | |
|---|---|---|---|---|---|
| 49 | 82 | 11/16/05 | Correspondence between Lechter, Seifert, Hyams re trademark issues | LA 18222 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |
| 50 | 83 | 11/16/05 | Correspondence between Lechter, Hyams and Seifert re trademark issues | LA 18226 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |
| 51 | 103 | 1/6/06 | Correspondence between Kane, Zanker, Whitney re 1/11/06 meeting | WHITNEY 5727 | Hearsay (Fed. R. Evid. 801, 802). |
| 52 | 187 | 11/8/05 | Correspondence between Munson (MIT) and Zanker re Rich Dad Opportunity | LA 00711 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). |
| 53 | | | The Licensing Business Handbook Brochure [Pastore Mar. 2012 Deposition Exhibit 13] | | Irrelevant (Fed. R. Evid. 401, 402), hearsay (Fed. R. Evid. 801, 802). |

| | | | | |
|---|---|---|---|---|
| 54 | | Nevin Sanli and Tom Pastore, Remaining Public - The Best Option in Troubled Markets [Pastore Mar. 2012 Deposition Exhibit 14] | | Irrelevant (Fed. R. Evid. 401, 402), hearsay (Fed. R. Evid. 801, 802). |
| 55 | January 2010 – June 2010 | Rich Dad Education LLC and Affiliates – Licensing & Management Fees – All Companies | | Unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). Objection to information regarding gross revenues of joint venture. Objection to information regarding payments not yet received. |
| 56 | July 2010 – December 2010 | Rich Dad Licensing and Cost Recovery Expense – All Companies | | Unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). Objection to information regarding gross revenues of joint venture. Objection to information regarding payments not yet received. |

| | | | | | |
|---|---|---|---|---|---|
| 57 | | January 2011 – February 2012 | Rich Dad Licensing Fee | | Unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). Objection to information regarding gross revenues of joint venture. Objection to information regarding payments not yet received. |
| 58 | | | Tigrent Operations Plan 2011-2016 | | Unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). Objection to information regarding gross revenues of joint venture. Objection to information regarding payments not yet received. |
| 59 | 117 | 1/20/06 | Correspondence between A. Mannion , Zanker, Kane and others re: Rich Dad Education monthly projections | LA 00065 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403), hearsay (Fed. R. Evid. 801, 802). Attachment not on previous exhibit list. |