UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
LEARNING ANNEX HOLDINGS, LLC,
LEARNING ANNEX, LLC, and
and LEARNING ANNEX, L.P.,

                Plaintiffs,

   - against -

RICH GLOBAL, LLC and
CASHFLOW TECHNOLOGIES, INC.,

                Defendants.
-----------------------------------------------------------------------x

09-CV-4432 (SAS/GWG)

## DEFENDANTS' EXHIBIT LIST WITH PLAINTIFFS' OBJECTIONS

| Ex. No. | Date | Document Description | Bates No./Previous Ex. No. | Objections |
|---|---|---|---|---|
| A | various | Final RD/W agmts. - Administrative services agmt.; LLC agmt.; License agmt. | Ex. K | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); not admitted at first trial |
| B | 07/16/10 | Response to Interrogatories (filed by Learning Annex Holdings, LLC) | Ex. Y | Relevance (Fed. R. Evid. 401 and 402); not admitted at first trial |
| C | 11/06/07 | Mary Crane, "How to Set Your Consulting Fees," Forbes Magazine | | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| D | | Andréa Coutu, "Consulting Fees: A Guide for Independent Consultants," Consultant Journal (2006-2011) | | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| E | | "How Much Should a Consultant Cost?" CapturePlanning.com, http://www.captureplanning.com/articles/10827.cfm? | | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| F | 11/14/97 | Great American Back Rub Store, Inc., Change in Majority of Directors (Form SC 14F1) | | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| G | 02/01/11 | Green Energy Management Services Holdings, Inc., Current Report (Form 8-K) | | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| H | 10/07/11 | Vendum Batteries, Inc., Registration Stmt. (Form S-1) | | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |

| | | | |
|---|---|---|---|
| I | | Accenture Consulting and Technical Services Labor Rates Schedule | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| J | 11/09/98 | "Agreement," between Power Photo Enterprises, Inc. and Licensing Resources Group, Inc. | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| K | | Boston Consulting Group Government Price Schedule | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| L | 12/31/09 | "Consulting Agreement," between Educational Investors, Inc. and Joseph Monaco | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| M | 09/13/06 | "Consulting Agreement," between Innova Pure Water, Inc. and John E. Nohren, Jr. | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| N | 08/06/09 | "Consulting Agreement," between Inventiv Health, Inc. and Eran Broshy | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| O | 05/14/10 | "Consulting Agreement," between Mxenergy, Inc. and Carole R. Artman-Hodge | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| P | 08/15/08 | "Consulting Services Agreement," between Location Based Technologies Inc. and Richard Mejia, Jr. | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |

| | | | |
|---|---|---|---|
| Q | 10/01/07 | Deloitte General Services Administration Schedule | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| R | 01/02/08 | Ernst & Young General Services Administration Schedule | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| S | 08/15/06 | KPMG LLP General Services Administration Schedule | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| T | 12/01/08 | PriceWaterhouseCoopers LLP Engagement Letter with Federal Reserve Bank of New York | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| U | 05/27/08 | "Professional Services Agreement," between Acxiom Corp. and L. Lee Hodges, Consultant | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| V | 09/01/04 | "Professional Services Agreement," between JRT Associates, Inc. and Collective Concepts Group, Inc. | Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| W | 05/08/98 | "Project Development Agreement," between Garb-Oil and Power Corp. and TRENERGY, Inc. | Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| X | 10/02/06 | "Representation Agreement," between Shopcorp and CONSOR Intellectual Asset Management | Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |
| Y | 06/15/07 | "Representation Agreement," between XYZ Corp. and CONSOR Intellectual Asset Management | Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid 802) |

| Ex. | Date | Description | Objections |
|---|---|---|---|
| Z | 03/22/00 | "Royalty Agreement," between Monterey Pasta Co. and William Naim | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 802) |
| AA | 05/02/03 | "Strategic Planning Retention Letter," between 123 Corp. and CONSOR Intellectual Asset Management | Relevance (Fed. R. Evid. 401 and 402); Unfair Prejudice (Fed. R. Evid. 403); Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 802) |
| BB | 06/10/11 | Joint Pre-Trial Order at Part 5, Undisputed | Relevance (Fed. R. Evid. 401 and 402) |
| CC | 04/07/06 | Whitney Information Network, Inc. Form 10-K/A for FY2004 | Relevance (Fed. R. Evid. 401 and 402); not admitted at first trial |
| DD | 11/13/06 | Whitney Information Network, Inc. Form 10-K/A for FY2005 | Relevance (Fed. R. Evid. 401 and 402); not admitted at first trial |
| EE | | Exhibit Removed | |
| FF | 11/19/09 | Deposition of Sharon Lechter at 103:13-106:5; 121:13-25 | Hearsay (Fed. R. Evid. 802); Relevance (Fed. R. Evid. 401 and 402) (covers subject matter excluded pursuant to Court ruling); Unfair Prejudice (Fed. R. Evid. 403); not admitted at first trial. |
| GG | | Exhibit Removed | |
| HH | 02/06/12 | "Changing Business Models: Licensing Agencies Go A La Carte, 'Consulting' Takes on Conflicted Meanings," The Licensing Letter | Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 802) |
| II | 09/25/06 | "The Rich Dad Way: Joint Venture Unites Two Big Names in Financial Education," Business Wire | Authentication (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 802); not admitted at first trial |
| JJ | | Learning Annex Expenses | LA 3949 | Relevance (Fed. R. Evid. 401 and 402); not admitted at first trial |
| KK | | Exhibit Removed | |
| LL | | Exhibit Removed | |
| MM | 03/11/12 | Corrected Expert Report of Thomas Pastore and all Exhibits and Appendices | Mischaracterizes prior testimony and certain documents |

| | | | | |
|---|---|---|---|---|
| NN | 04/05/11 | Expert Report of Thomas Pastore | | Relevance (Fed. R. Evid. 401 and 402); mischaracterizes reports of Mr. Matlins and Mr. Soudry |
| OO | 04/11/11 | Expert Report of Seth Matlins | | |
| PP | 03/05/12 | Supplemental Expert Report of Seth Matlins | | |
| QQ | 08/02/06 | Operational Business Plan for Rich Dad Education, LLC | Ex. 226 | Authentication (Fed. R. Evid. 901); Relevance (Fed. R. Evid. 401 and 402); Not admitted at first trial |
| RR | 02/21/06 | Correspondence between Kane and Maturo re business relationship with Rich Dad [redacted] | Ex. 147 | Relevance (Fed. R. Evid. 401 and 402) (Covers subject matter excluded by Court ruling); Unfair Prejudice (Fed. R. Evid. 403); Hearsay (Fed. R. Evid 802); Not admitted at first trial |
| SS | 07/19/06 | Correspondence from K. Shrine to mass recipient list announcement Rich | Ex. 168 | Relevance (Fed. R. Evid. 401 and 402); Not admitted at first trial |
| TT | 03/29/06 | Correspondence between S. Lechter and Kane re: business relationship | Ex. 152 | Relevance (Fed. R. Evid. 401 and 402); Not admitted at first trial |