UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LEARNING ANNEX HOLDINGS, LLC,
LEARNING ANNEX, LLC, and
and LEARNING ANNEX, L.P.,

                Plaintiffs,

  - against -                                    09-CV-4432 (SAS/GWG)

RICH GLOBAL, LLC and
CASHFLOW TECHNOLOGIES, INC.,

                Defendants.
------------------------------------------------------------------x

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATION

Learning Annex v. Rich Dad, 09-cv-4432

**Defendant's Deposition Designations**

| Defendant's Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Defendant's Objection to Counter-Designation |
|---|---|---|---|
| **Sharon Lechter (11/19/09)** | | | |
| 103:13-106:5 | Relevance (excluded pursuant to Court's ruling); form; hearsay | | |
| 121:13-25 | Not admitted at first trial; misleading; confusing; prejudicial | 121:5-12 | Irrelevant (Fed. R. Evid. 401, 402), unfairly prejudicial, confuses the issues, misleading, delay (Fed. R. Evid. 403). |