UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC, and LEARNING ANNEX, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> RICH GLOBAL, LLC and CASHFLOW TECHNOLOGIES, INC., <br><br> Defendants. | 09 Civ. 4432 (SAS) (GWG) <br><br> ECF Case <br><br> **Oral Argument Requested** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the declaration of John H. Longwell and accompanying exhibits, and all other papers and proceedings herein, Defendant Rich Global, LLC will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, on a date and at a time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 15C, for a judgment as a matter of law under Rule 50(b) of the Federal Rules of Civil Procedure or, in the alternative, for a new trial under Rule 59. Defendant will further move for an order staying enforcement of the judgment pending disposition of the appeal under Rule 62(d).

Dated: May 18, 2012
New York, New York

Respectfully submitted,


PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP



By:    /s/ Lewis R. Clayton
   Lewis R. Clayton (lclayton@paulweiss.com)
   Daniel J. Leffell (dleffell@paulweiss.com)
   John H. Longwell (jlongwell@paulweiss.com)

1285 Avenue of the Americas
New York, New York  10019
Tel.  (212) 373-3000


LAW OFFICE OF JOHN D. RAPOPORT, P.C.
John D. Rapoport
5 Hanover Square
4th Floor
New York, New York 10022
Tel.  (914) 588-3415

*Attorneys for Defendants*