UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEARNING ANNEX HOLDINGS, LLC,
LEARNING ANNEX, LLC, and
LEARNING ANNEX, L.P.,

          Plaintiffs,

          v.

RICH GLOBAL, LLC,

          Defendant.

09 Civ. 4432 (SAS) (GWG)

ECF Case

**NOTICE OF APPEAL IN
A CIVIL CASE**

        NOTICE IS HEREBY GIVEN that Defendant Rich Global, LLC, in the above-captioned civil case, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on July 18, 2012, based upon the jury verdict returned at the conclusion of trial on April 30, 2012, and all of the District Court's findings, rulings, and prior orders embodied therein.

Dated: July 20, 2012
      New York, New York

          PAUL, WEISS, RIFKIND, WHARTON &
           GARRISON LLP

          By:  _____/s/ Lewis R. Clayton_____
            Lewis R. Clayton (lclayton@paulweiss.com)
            Daniel J. Leffell (dleffell@paulweiss.com)
            John H. Longwell (jlongwell@paulweiss.com)

          1285 Avenue of the Americas
          New York, New York 10019
          Tel.  (212) 373-3000
          Fax. (212) 373-2537
          *Attorneys for Defendant Rich Global, LLC*