UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC, and LEARNING ANNEX, L.P.,<br><br>                Plaintiffs,<br><br>v.<br><br>RICH GLOBAL LLC,<br><br>                Defendant. | 09 Civ. 4432 (SAS) (GWG) |

## DECLARATION OF ANTHONY HUMPAGE

Anthony Humpage declares under penalty of perjury as follows:

1.     I am Chief Financial Officer of Rich Global LLC ("Rich Global"). In that capacity, I am responsible for Rich Global's financial statements and am familiar with Rich Global's assets, liabilities, and financial condition.

2.     Rich Global prepares financial statements quarterly pursuant to Generally Accepted Accounting Principles. As of June 30, 2012, Rich Global's total assets, both tangible and intangible, were $3,999,716.

3.     I am aware that judgment in this case has been entered against Rich Global in the amount of $23,687,957.12.

4.     In connection with Rich Global's motion to stay enforcement of the judgment pending appeal, I researched whether Rich Global could obtain an appeal bond. I was informed by Rich Global's insurance agent that in order to obtain such a bond, Rich Global would be required to obtain a letter of credit providing collateral in the full amount of the judgment.

5.  Rich Global does not have sufficient assets to obtain a letter of credit in the amount of the judgment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19th, 2012.

_____
Anthony Humpage