UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
LEARNING ANNEX HOLDINGS, LLC,                           :
LEARNING ANNEX, LLC, and                                :
LEARNING ANNEX, L.P.,                                   :
                                                        :
                    Plaintiffs,                         :
                                                        :           **ORDER**
           - against -                                  :      09 Civ. 4432 (SAS)
                                                        :
RICH GLOBAL, LLC,                                       :
                                                        :
                    Defendant.                          :
------------------------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.:

   Enforcement of the judgment in this action is stayed pending resolution of Rich Global, LLC's motion for stay pending appeal.

                                        SO ORDERED:

                                        _____
                                        Shira A. Scheindlin
                                        U.S.D.J.

Dated:    New York, New York
          July 26, 2012

1

-Appearances-

**For Plaintiffs:**

Jonathan Harris, Esq.
Julie Withers, Esq.
Charlotte Houghteling, Esq.
Harris Cutler & Houghteling LLP
111 Broadway, Suite 402
New York, New York 10006
(212) 397-3370

David Deitch, Esq.
Ifrah PLLC
1627 Eye Street NW, Suite 1100
Washington, D.C. 20006
(202) 524-4147

Edwin G. Schallert, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, New York 10022
(212) 909-6000

**For Defendant:**

Lewis Richard Clayton, Esq.
Daniel J. Leffell, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3215